**Opinion issued September 24, 2024**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-24-00694-CV

_____

## IN RE CHRISTOPHER ALLEN REMY, Relator

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relator Christopher Allen Remy filed a petition for writ of mandamus, challenging the trial court's June 24, 2024 order partially denying relator's motion in limine.[1] Relator has also filed an emergency motion to stay the trial court's order.

---

[1] The underlying case is *In the Matter of the Marriage of Catherine Remy and Christopher Allen Remy and in the Interest of E.A.R., O.R.R., and E.C.R., Children*, cause number 23-FD-1201, pending in the County Court at Law No. 2 of Galveston County, Texas, the Honorable Emily Fisher, Associate Family Judge presiding.

We deny the petition. *See* TEX. R. APP. P. 52.8. Any pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Hightower and Countiss.